UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA ROQUE,

    Plaintiff,

v.                                             Case No. 2:20-cv-00702-JLB-MRM

WELLS FARGO CARD SERVICES,

    Defendant.
_____/

## ORDER

The parties have reached a settlement.[1] (Doc. 14.) Pursuant to Local Rule 3.08(b), this action is **DISMISSED**, subject to the right of any party within sixty days to: (1) submit a stipulated form of final order or judgment; or (2) move to reopen the case for good cause. The Clerk is **DIRECTED** to close the case.

**ORDERED** in Fort Myers, Florida, on December 18, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

[1] In its answer, Defendant notes that "Wells Fargo Card Services" is merely a division within Wells Fargo Bank, N.A., not a distinct entity. (Doc. 12.) Case captions "are not determinative as to the parties to the action or the court's jurisdiction." Lundgren v. McDaniel, 814 F.2d 600, 604 n.2 (11th Cir. 1987). If the parties agree that "Wells Fargo Bank N.A." is the correct name for Defendant, the Court will entertain a request to correct the caption with any subsequently filed stipulation of voluntary dismissal.