UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA ROQUE,

      Plaintiff,

v.     Case No. 2:20-cv-702-JLB-MRM

WELLS FARGO CARD SERVICES,

      Defendant.
_____/

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 16.) The stipulation is self-executing. Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on March 30, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE